Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 W. Riverside Avenue, Suite 210
Spokane, WA 99201
Phone:  509-747-9100
Attorneys for Plaintiff
carl@ettermcmahon.com
awagley@ettermcmahon.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CODY ALLEN EASTERDAY,<br><br>Plaintiff,<br><br>v.<br><br>TYSON FRESH MEATS, INC.,<br><br>Defendant. | Case No. 4:22-CV-05155-SAB<br><br>**NOTICE OF WITHDRAW OF ATTORNEY DEVIN P. GARRITY** |

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 83.2(d)(3) notice is hereby given to the Court that attorney Devin P. Garrity is no longer associated with the law firm of Amster, Rothstein & Ebenstein LLP and accordingly is no longer representing Plaintiff, Cody Allen Easterday ("Easterday") in this proceeding.  Easterday will continue to be represented in this proceeding by Carl J. Oreskovich and Andrew M. Wagley with the law firm

Notice of Withdraw of Attorney Devin P. Garrity - Page 1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C. along with Charles R. Macedo and David Goldberg with the law firm AMSTER, ROTHSTEIN & EBENSTEIN, LLP, in addition to Justin F. Ferraro and Jeffrey S. Jacobovitz with the law firm ARNALL GOLDEN GREGORY, LLP. Thus, no prejudice will result from the withdrawal of Mr. Garrity as counsel for Plaintiff.

**WHEREFORE**, it is requested that Devin P. Garrity be removed as counsel of record for Plaintiff and removed from ECF notifications for this matter.

RESPECTFULLY SUBMITTED this 7th day of February, 2023.

>ETTER, McMAHON, LAMBERSON,
>VAN WERT & ORESKOVICH, P.C.
>
>By:  /s/ Andrew M. Wagley
>Carl J. Oreskovich, WSBA #12779
>Andrew M. Wagley, WSBA #50007
>Attorneys for Plaintiff Cody Allen Easterday

Notice of Withdraw of Attorney Devin P. Garrity - Page 2

ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of February, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all of the attorneys that have appeared in this case and have registered with the CM/ECF System.

EXECUTED this 7th day of February, 2023 in Spokane, WA.

By: /s/ Jodi Dineen
Jodi Dineen

Notice of Withdraw of Attorney Devin P. Garrity - Page 3

ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100