HONORABLE STANLEY BASTIAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CODY ALLEN EASTERDAY,<br><br>   Plaintiff,<br><br>v.<br><br>TYSON FRESH MEATS, INC.,<br><br>   Defendant. | No. 4:22-cv-05155-SAB<br><br>**STIPULATED MOTION FOR EXTENSION OF FILING DEADLINES AND [PROPOSED] ORDER**<br><br>Without Oral Argument |

Plaintiff Cody Allen Easterday ("Plaintiff") and Defendant Tyson Fresh Meats, Inc. ("Tyson"), by their undersigned counsel, stipulate and agree:

1. Tyson's time to answer Plaintiff's First Amended Complaint (Dkt. No. 37) or file a motion to dismiss shall be extended to June 5, 2023.

3. Should Tyson file a motion to dismiss, Plaintiff's time to file a Response shall be extended to July 10, 2023, and Tyson's deadline to file a Reply shall be extended to July 31, 2023.

///

///

IT IS SO STIPULATED by and between the parties.

DATED: May 10, 2023

By: s/ *via written authorization (email)*
Carl J. Oreskovich, WSBA #12779
**Etter McMahon, Lamberson,**
**Van Wert & Oreskovich, P.C.**
618 West Riverside Avenue, Ste. 210
Spokane, WA 99201
Telephone: (509) 747-9100
Facsimile: (509) 623-1439
Email: carl@ettermcmahon.com

*Of Counsel:*
Charles R. Macedo, *Pro Hac Vice*
David Goldberg, *Pro Hac Vice*
**Amster, Rothstein & Ebenstein LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile (212) 336-8001
Email: cmacedo@arelaw.com
Email: dgoldberg@arelaw.com

Jeffrey S. Jacobovitz, *Pro Hac Vice*
Justin Ferraro, *Pro Hac Vice*
**Arnall Golden Gregory LLP**
2100 Pennsylvania Ave. NW, Suite 350
Washington D.C. 20037
Telephone: (202) 677-4056
Facsimile: (202) 677-4057
Email: jeffrey.jacoboviz@agg.com
Email: justin.ferraro@agg.com

*Attorneys for Plaintiff Cody Allen Easterday*

By: s/ *Breanna C. Philips*
Breanna C. Philips, WSBA #58757
James F. Williams, WSBA #23613
Alan D. Smith, WSBA # 24964
Eric B. Wolff, WSBA #43047
**Perkins Coie LLP**
1201 Third Avenue
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email: BPhilips@perkinscoie.com
Email: JWilliams@perkinscoie.com
Email: ADSmith@perkinscoie.com
Email: EWolff@perkinscoie.com

*Attorneys for Defendant Tyson Fresh Meats, Inc.*

STIPULATED MOTION FOR EXTENSION OF
FILING DEADLINES AND [PROPOSED] ORDER
(NO. 4:22-CV-05155) – 2

# [PROPOSED] ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED:**

The deadline for Tyson to answer Plaintiff's First Amended Complaint (Dkt. No. 37) or file a motion to dismiss shall be extended to June 5, 2023.

Should Tyson file a motion to dismiss, Plaintiff's time to file a Response shall be extended to July 10, 2023, and Tyson's deadline to file a Reply shall be extended to July 31, 2023.

IT IS SO ORDERED.

DATED this _____ day of _____, 2023.

_____
CHIEF JUDGE STANLEY BASTIAN
United States District Judge
Eastern District of Washington

Presented by:

By: s/ *via written authorization (email)*
Carl J. Oreskovich, WSBA #12779
**Etter McMahon, Lamberson,**
**Van Wert & Oreskovich, P.C.**
618 West Riverside Avenue, Ste. 210
Spokane, WA 99201
Telephone: (509) 747-9100
Facsimile: (509) 623-1439
Email: carl@ettermcmahon.com

*Of Counsel:*
Charles R. Macedo, *Pro Hac Vice*
David Goldberg, *Pro Hac Vice*
**Amster, Rothstein & Ebenstein LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile (212) 336-8001
Email: cmacedo@arelaw.com
Email: dgoldberg@arelaw.com

Jeffrey S. Jacobovitz, *Pro Hac Vice*
Justin Ferraro, *Pro Hac Vice*
**Arnall Golden Gregory LLP**
2100 Pennsylvania Ave. NW, Suite 350
Washington D.C. 20037
Telephone: (202) 677-4056
Facsimile: (202) 677-4057
Email: jeffrey.jacoboviz@agg.com
Email: justin.ferraro@agg.com

*Attorneys for Plaintiff Cody Allen Easterday*

By: s/ *Breanna C. Philips*
Breanna C. Philips, WSBA #58757
James F. Williams, WSBA #23613
Alan D. Smith, WSBA # 24964
Eric B. Wolff, WSBA #43047
**Perkins Coie LLP**
1201 Third Avenue
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email: BPhilips@perkinscoie.com
Email: JWilliams@perkinscoie.com
Email: ADSmith@perkinscoie.com
Email: EWolff@perkinscoie.com

*Attorneys for Defendant Tyson Fresh Meats, Inc.*