FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 28, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF | Eastern District of Washington

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 4:22-CV-05155-SAB

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 12/05/2022

Date of judgment or order you are appealing: | 10/31/2023

Docket entry number of judgment or order you are appealing: | Dkts. 50 & 51

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes  ○ No  ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Cody Allen Easterday

Is this a cross-appeal?  ○ Yes  ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:         State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | /s/ Carl J. Oreskovich        **Date** | Nov 28, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 1                                                                        Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Cody Allen Easterday

Name(s) of counsel (if any):

Charles R. Macedo
David P. Goldberg
Thomas E. Hart

Address: 405 Lexington Avenue, 48th Floor, New York, NY 10174

Telephone number(s): (212) 336-8000

Email(s): cmacedo@arelaw.com; dgoldberg@arelaw.com; thart@arelaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Tyson Fresh Meats, Inc.

Name(s) of counsel (if any):

James F. Williams
Alan D. Smith

Address: 1201 Third Avenue, Suite 4900, Seattle, Washington 98101-3099

Telephone number(s): (206) 359-8000

Email(s): adsmith@perkinscoie.com; jwilliams@perkinscoie.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    1                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Cody Allen Easterday

Name(s) of counsel (if any):

Carl J. Oreskovich
Andrew M. Wagley

Address: 618 West Riverside Avenue, Suite 210, Spokane, WA 99201

Telephone number(s): (509) 747-9100

Email(s): carl@ettermcmahon.com; awagley@ettermcmahon.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Tyson Fresh Meats, Inc.

Name(s) of counsel (if any):

Breanna Phillips
Eric B. Wolff

Address: 1201 Third Avenue, Suite 4900, Seattle, Washington 98101-3099

Telephone number(s): (206) 359-8000

Email(s): ewolff@perkinscoie.com; BPhilips@perkinscoie.com,

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*